UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

TRUSTEES OF THE LOCAL 813 I.B.T.
INSURANCE TRUST FUND, THE LOCAL
813 I.B.T PENSION TRUST FUND AND
LOCAL 813, AND LOCAL 1034 SEVERANCE
TRUST FUND,

        Plaintiff,

-against-

SANITATION SALVAGE CORP.,

        Defendant.
----------------------------------------X

Index No.: 03 CIV 0461
(Johnson, J.)
(Mann, M.J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR    2003 ★

## DEFAULT JUDGMENT

P.M. _____
TIME A.M. _____

This action having been commenced on January 29, 2003, by the filing of the Complaint and a copy of the Summons and Complaint having been served on defendant Sanitation Salvage Corp. on February 3, 2003 by personal service, and proof of service having been filed on February 13, 2003, and the defendant having failed to answer or move with respect to the Complaint and the time to answer or move with respect to the Complaint having expired, it is,

**ORDERED, ADJUDGED AND DECREED,** that plaintiffs have judgement against the defendant for unpaid contributions and liquidated damages pursuant to 29 USC §1132(g)(2) in the amount of $33,848.75 calculated as follows: on the Insurance Fund for the period of May 1, 2001 through September 30, 2002 there was due and owing the sum $22,449.75; on the Pension Fund for the period of May 1, 2001 through September 30, 2002 there was due and owing the sum of $8,416.20; and on the Severance Fund for the period of May 1, 2001 through September 30, 2002 there was due and owing

the sum of $4,056.80; together with accrued interest thereon from September 30, 2002 at a rate of nine percent (9%) per annum $1,269.30 ; and an amount equal to twenty percent (20%) of the unpaid contributions as reasonable attorney's fees $6,769.75; plus costs and disbursements of this action in the amount of $150.00, **aggregating in the total sum of $41,887.80** and that the Plaintiffs have execution thereon.

Dated: New York, New York
~~March~~ April 13, 2003

_____
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on

_____